IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-00192-CR-W-HFS |
| ) | |
| JOSHUA L. BELL ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Having reviewed the record and briefing I ADOPT the report and recommendation (Doc. 50) and DENY the motion to suppress (Doc. 24). The closest question is the validity of the original "protective sweep". While the agent initially offered an insufficient basis for the sweep, on the reopened record he emphatically relied on officer safety. The Magistrate Judge was in the best position to determine credibility and the circumstantial justification for the sweep and after appropriate consideration I adopt her conclusion. SO ORDERED.

/s/ Howard F. Sachs
**HOWARD F. SACHS**
UNITED STATES DISTRICT JUDGE

October 24, 2022

Kansas City, Missouri