| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 20-00192-CR-W-HFS |
| JOSHUA L. BELL, ) | |
| Defendant. ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On August 26, 2020, the Grand Jury returned a three-count Indictment charging Defendant Joshua L. Bell with being a felon in possession of a firearm and ammunition (Count One and Three) and possession of a controlled substance (Count Two).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
  Government: Sean T. Foley and Jeffrey Quinn McCarther
   Case Agent: FBI Special Agent Alexander Vance
   Paralegal: Michelle Wells
  Defense: Razmi M. Tahirkheli (will have someone assisting)

**OUTSTANDING MOTIONS**: No outstanding motions

**TRIAL WITNESSES**:
  Government: 8-9 with stipulations; 13 without stipulations
  Defendant: 5 witnesses, not including the Defendant

**TRIAL EXHIBITS:**
  Government: approximately 55-65 exhibits
  Defendant: approximately 12 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
  ( ) Definitely for trial; (X) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 3 ½ to 4 days total**
    Government's case including jury selection: 2 ½ -3 day(s)
    Defendant: 1 day

**STIPULATIONS**: The Government has proposed the usual stipulations and the parties are working on those stipulations. Defendant Bell will stipulate to the felony status.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government: None filed. **Due on or before December 27, 2022.**
        Defendant: None filed. **Due on or before December 27, 2022**.

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before January 4, 2023.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: Due on or before January 4, 2023.**

**TRIAL SETTING**: Criminal jury trial docket set for January 9, 2023.

    **Please note:** The parties both request the second week of the docket, in part due to witness availability.

    **IT IS SO ORDERED.**

                        */s/ Lajuana M. Counts*
                        LAJUANA M. COUNTS
                        UNITED STATES MAGISTRATE JUDGE